# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Able Home Health, LLC

                                Plaintiff,

v.                                                           Case No.: 1:17–cv–04322
                                                           Honorable Amy J. St. Eve

Healthcare National, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 11/28/2017 and continued to 2/6/18 at 8:30 a.m. Defendants' motion to withdraw [35] is withdrawn. In light of settlement, this case is hereby dismissed, without prejudice, until 2/9/18. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.