# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 4322 |
| v. | ) | |
| | ) | |
| HEALTHCARE NATIONAL, LLC, | ) | Judge St. Eve |
| and JOHN DOES 1-10, | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Able Home Health, LLC, and defendant Healthcare National, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of plaintiff Able Home Health, LLC's individual claims against defendant Healthcare National, LLC, with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Healthcare National, LLC without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Francis K. Tennant (w/ consent) |
| Daniel A. Edelman | Francis K. Tennant |
| Heather Kolbus | WOLF & TENNANT |
| EDELMAN, COMBS, LATTURNER, | 33 N. Dearborn Street |
|     & GOODWIN, LLC | Suite 800 |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60602 |
| Chicago, IL 60603 | (312) 419-6900 |
| (312) 739-4200 | *Counsel for Defendant Healthcare* |
| *Counsel for Plaintiff Able Home Health, LLC* | *National, LLC* |

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on April 20, 2018, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which caused notice to be sent to the following:

Francis K. Tennant
WOLF & TENNANT
33 N. Dearborn Street
Suite 800
Chicago, IL 60602

                                                      s/Heather Kolbus
                                                      Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)